PER CURIAM. The judgment appealed from is affirmed, without costs, and the order modified, by striking from bill of costs $8 and $5, disbursements for printing cases on first and second appeals, and, as so modified, affirmed, without costs.

PUTRAW v. LORD. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by Alice R. Putraw against Hester P. Lord. No opinion. Motion granted, with $10 costs. Order filed.

QUINN, Respondent, v. SUN PRINTING & PUBLISHING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 13, 1908.) Action by Francis J. Quinn against the Sun Printing & Publishing Company. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

RANSOM, Respondent, v. DEVLIN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 6, 1908.) Action by Washington H. Ransom against Elizabeth Devlin and another. No opinion. Judgment and order affirmed, with costs.

REALTY BUYERS, Respondent, v. HUTTER, Appellant. (Supreme Court, Appellate Division, First Department. May 15, 1908.) Action by the Realty Buyers against Leopold Hutter. Arnstein & Levy, for appellant. Geo. Freifeld, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

REGNIER, Respondent, v. COMPAGNIE GENERALE TRANSATLANTIQUE, Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by Alexander Regnier against the Compagnie Generale Transatlantique. No opinion. Motion denied.

REICH, Respondent, v. COCHRAN et al., Appellants. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by Elizabeth Reich against Eva S. Cochran and others. P. H. Stewart, for appellants. A. B. Parker, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

REICH v. COCHRAN. (Supreme Court, Appellate Division, First Department. May 15, 1908.) Action by Elizabeth Reich against Eva S. Cochran. No opinion. Motion granted, with $10 costs. Order filed.

REILLY, Respondent, v. STEINHARDT, Appellant. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by Hugh J. Reilly against Frank Steinhardt. D. T. Davis, for appellant. H. Wetherborn, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed.

REINHEIMER, Respondent, v. DAVIS et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 8, 1908.) Action by Ferdinand A. Reinheimer against Joseph Davis and Louis Davis, copartners, composing the firm of J. Davis & Son. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

REISLER, Respondent, v. SPRINGER, Appellant. (Supreme Court, Appellate Division, First Department. May 22, 1908.) Action by Morris Reisler, an infant, against John H. Springer. E. B. La Fetra, for appellant. J. V. Bouvier, Jr., for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $10,000, in which event the judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

INGRAHAM and HOUGHTON, JJ., dissent, voting for reversal.

RENAULT v. SIMPSON CRAWFORD CO. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by George Renault against the Simpson Crawford Company. With this case have been consolidated in this court cases bearing titles as follows: Samuel Baumann v. Chas. Dochterman; Templar Saxe v. Shubert Theatrical Company; Sigmund Ernst v. Antoinette Loeb. No opinions. Application denied, with $10 costs, in each case. Order signed.

RESNICOFF, Respondent, v. BLICK, Appellant, et al. (Supreme Court, Appellate Division, Second Department. May 1, 1908.) Action by Max Resnicoff against Samuel Blick, impleaded with others. No opinion. Order of the County Court of Kings county affirmed, with $10 costs and disbursements.

REYNOLDS et al., Respondents, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 13, 1908.) Action by J. Tome Reynolds and another, as administrators, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., and WILLIAMS, J., vote for reversal, on the ground that plaintiff's intestate was not shown to have been free from contributory negligence.

RICH, Appellant, v. BROOKLYN, Q. C. & S. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by David Rich against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

RICHARD V. HARNETT & CO., Respondent, v. ENGLANDER, Appellant. (Supreme Court, Appellate Division, First Department.